FILED
7/3/19 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22602 |
| | : | Chapter 13 |
| Thomas M. Davis | : | |
|    Debtor | : | Related to Dkt. Nos. 17, 18 and 19 |
| | : | |
| | : | |
| Thomas M. Davis | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Allegheny County Family Division, Borough of | : | |
| Swissvale, Cavalry Investments, CNAC, PNC | : | |
| Bank | : | |
|    Respondents | : | |

**MOTION FOR WITHDRAWAL OF MOTION FOR EXPEDITED HEARING**

AND NOW, comes Matthew M. Brennan, Esq., council to Thomas M. Davis in the above-captioned case, and certifies to this Honorable Court the following:

1. This case was filed as a voluntary petition under Chapter 13 of the Bankruptcy Code on June 28th, 2019.

2. Counsel filed a Motion to Extend Automatic Stay (docket number 17) and a Motion for Expedited hearing (docket number 18) on July 2, 2019.

3. Counsel respectfully requests that both Motions for dockets number 17 and 18 be withdrawn, as both will be unnecessary and redundant.

4. Counsel filed an earlier to Motion to Extend Automatic Stay (docket number 6), with corresponding Hearing Notice (docket number 7) that will be corrected for a proper hearing date and time, to account for the Order for Deadline to Deny a Motion (docket number 12).

5. Counsel will serve all creditors once more with the corrected hearing date.

6. The Motion for Expedited Hearing that counsel requested at docket number 18, to be withdrawn, will no longer be necessary, as counsel will be able to schedule the Motion to Extend Automatic Stay in the regular Court schedule.

          Respectfully submitted,

Dated: July 2, 2019

/s/Matthew M. Brennan, Esq.
Matthew M. Brennan
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
PA ID No. 90195
412-414-9366
attorneymatthewbrennan@gmail.com

SO ORDERED
July 03, 2019

_____
GREGORY L. TADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas M. Davis  
    Debtor

Case No. 19-22602-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Jul 03, 2019  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.  
db           +Thomas M. Davis,   2404 Woodstock Ave.,   Pittsburgh, PA 15218-2629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
         jbluemle@bernsteinlaw.com  
       Matthew M. Brennan    on behalf of Debtor Thomas M. Davis attorneymatthewbrennan@gmail.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
     TOTAL: 4