IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22602 |
| | : | Chapter 13 |
| Thomas M. Davis | : | Doc No. ___ |
|    Debtor | : | |
| | : | Response Due: July 19, 2019 |
| | : | Hearing Date: July 26, 2019 |
| Thomas M. Davis | : | at 11:00 AM (Judge Deller) |
|    Movant | : | |
| | : | Related to docs no. 6 and 20 |
|         v. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Allegheny County Family Division, Borough of | : | |
| Swissvale, Cavalry Investments, CNAC, PNC | : | |
| Bank | : | |
|    Respondents | : | |

**CERTIFICATION OF NO OBJECTION ON DEBTOR'S MOTION
TO EXTEND THE AUTOMATIC STAY BEYOND 30 DAYS**

The undersigned hereby certifies, as of the date hereof, no Motion, Answer, or other responsive pleading to the application filed on **June 28, 2019** has been received (docket number 6). The undersigned further certifies that the Court's docket in the case has been reviewed and no Motion, Answer, or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a Motion or Answer to the application were to be filed and served no later than **July 19, 2019** (docket number 20).

It is hereby respectfully requested that the Order to the Motion be entered by the Court.

Executed on: July 21, 2019

                                                     By:    <u>/s/Matthew M. Brennan, Esq.</u>
                                                                    Matthew M. Brennan
                                                                    201 S. Highland Avenue, Suite 201
                                                                    Pittsburgh, PA 15206
                                                                    PA ID No. 90195
                                                                    412-414-9366
                                                                    attorneymatthewbrennan@gmail.com