IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22602 |
| | : | Chapter 13 |
| Thomas M. Davis | : | Doc No. ___ |
|    Debtor | : | |
| | : | Response Due: July 15, 2019 |
| | : | Hearing Date: July 26, 2019 |
| Thomas M. Davis | : | at 11:00 AM (Judge Deller) |
|    Movant | : | |
| | : | |
|           v. | : | Related to Doc. #6 |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Allegheny County Family Division, Borough of | : | |
| Swissvale, Cavalry Investments, CNAC, PNC | : | **DEFAULT O/E JAD** |
| Bank | : | |
|    Respondents | : | |

**ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30 DAYS**

AND NOW, this __24th__ day of __July__, 2019, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Automatic Stay is extended as to the above-captioned creditors for the duration of the Chapter 13 case, unless the case is dismissed or relief is granted for failure to comply with the terms and conditions of the Chapter 13 Plan, or by further Order of this Court.

By the Court:

_____ sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
7/24/19 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-22602-GLT
Thomas M. Davis                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Jul 24, 2019
                              Form ID: pdf900         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
```
db              +Thomas M. Davis,    2404 Woodstock Ave.,    Pittsburgh, PA 15218-2629
15079033        +Allegheny Co Family Division,    414 Grant St,    Pittsburgh, PA 15219-2409
15079034        +Borough of Swissvale,    c/o Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                 Pittsburgh, PA 15219-6101
15079037        +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: kburkley@bernsteinlaw.com Jul 25 2019 03:26:41      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15079035        +E-mail/Text: bankruptcy@cavps.com Jul 25 2019 03:26:19      Cavalry Investments, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
15079036        +E-mail/Text: bankruptcy@jdbyrider.com Jul 25 2019 03:26:50       Cnac - In101,
                 12802 Hamilton Crossing Blvd,    Carmel, IN 46032-5424
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:
```
              James    Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew M. Brennan     on behalf of Debtor Thomas M. Davis attorneymatthewbrennan@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```