Certificate Number: 16339-PAW-DE-033478474

Bankruptcy Case Number: 19-22602



16339-PAW-DE-033478474

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2019, at 11:01 o'clock PM EDT, Thomas Davis completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 28, 2019         By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor