# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** THOMAS M. DAVIS
- **Case Number:** 19-22602-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 19, 2019 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#2 - Final Confirmation of Plan Dated 6/28/2019 (NFC)
R / M #: 2 / 0

### *Appearances:*

Koenig for Brennan

Debtor:
Trustee: Winnecour / Pail / (Katz) / DeSimone

Creditor:

*Last pay 11/7/19*
*Arrears $4006.90*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

As a result of indicated defaults, the Trustee requests dismissal without prejudice. Debtor's attorney cannot consent or indicate no objection but advises he/she has no defense.

12/9/2019  3:33:43PM