```
IN THE UNITED STATES BANKRUPTCY COURT
  FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

FILED
1/22/20 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                :
                                      :   Case No.  19-22602-GLT
THOMAS M. DAVIS,                      :   Chapter 13
                                      :
         Debtor,                      :   Related to Dkt. No. 48
                                      :

## ORDER DISMISSING CASE WITHOUT
## PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

    1.    The above-captioned case is **DISMISSED without prejudice**.  The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed.  Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349.  Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect.  Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

    2.    Each income attachment issued in this case is now terminated.  So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

    3.    The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds.  Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

    4.    The Clerk of Court shall give notice to all creditors of this dismissal

Dated:  January 22, 2020

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-22602-GLT
Thomas M. Davis                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1          Date Rcvd: Jan 22, 2020
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db             +Thomas M. Davis,    2404 Woodstock Ave.,    Pittsburgh, PA 15218-2629
15079033       +Allegheny Co Family Division,    414 Grant St,    Pittsburgh, PA 15219-2409
15079034       +Borough of Swissvale,    c/o Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                 Pittsburgh, PA 15219-6101
15079037       +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15118421       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
15106814        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15107059        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15079035       +E-mail/Text: bankruptcy@cavps.com Jan 23 2020 04:12:30      Cavalry Investments, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
15079036       +E-mail/Text: bankruptcy@jdbyrider.com Jan 23 2020 04:13:01      Cnac - In101,
                 12802 Hamilton Crossing Blvd,    Carmel, IN 46032-5424
15115272       +E-mail/Text: kburkley@bernsteinlaw.com Jan 23 2020 04:12:56      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL    ASSOCIATION
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew M. Brennan     on behalf of Debtor Thomas M. Davis attorneymatthewbrennan@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```